# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:09-CR-0291-02** |
| v. | : | (Chief Judge Conner) |
| **NATHAN MORALES,** | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 28th day of January, 2019, following a hearing on the petition (Doc. 301) for revocation of supervised release as to defendant Nathan Morales, which was held on this date, and wherein the court found that the defendant did violate the terms of his supervision, it is hereby ORDERED that defendant's current term of supervised release, as set forth in the judgment (Doc. 154) of April 26, 2010, shall be continued, with the following additional condition of supervision to be imposed:

> The defendant shall undergo a mental health evaluation and, if recommended, the defendant shall satisfactorily complete a program of outpatient or inpatient mental health treatment.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania